UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

For Online Publication Only

------------------------------------------------------------ x
MIRAN JEON,

                          Plaintiff,

- against -

LEE SO HEE a/k/a SO HEE LEE a/k/a JACKIE LEE;
ANGEL TIPS NAIL SALON, a/k/a ANGEL ONE NAIL
& SPA a/k/a SO HEE NAIL & SPA, a/k/a SOHEE NAILS
SPA a/k/a SUZY Q NAIL & SPA; DETECTIVE
MATTHEW J SCHILLER SHIELD # 1190;
UNIDENTIFIED POLICE OFFICERS FROM
THE NASSAU COUNTY POLICE DEPARTMENT;
& DONALD MARKOWITZ,

                          Defendants.
------------------------------------------------------------ x

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING ENTRY OF JUDGMENT**

11-CV-974 (RJD) (VMS)

DEARIE, District Judge

    There being no objection to the Report and Recommendation of then Magistrate Judge Joan M. Azrack, dated December 16, 2014, and because this Court agrees with it, the Report and Recommendation is adopted in its entirety. The Clerk is respectfully directed to enter a default judgment for plaintiff against defendants Lee So Hee and Angel Tips Nail Salon, jointly and severally, in the amount of $50,000.00, comprised of $7,500.00 in legal expenses and $42,500.00 for mental suffering. Additionally, the counterclaims and cross-claim of defendants Lee So Hee and Angel Tips Nail Salon are hereby dismissed with prejudice.

SO ORDERED.

Dated: Brooklyn, New York
        February 23, 2015

                                        /s/ Judge Raymond J. Dearie

                                        RAYMOND J. DEARIE
                                        United States District Judge